**United States District Court**
**Northern District of Illinois**

In the Matter of

GW et al

v.

Scannicchio et al

District Judge Edmond E. Chang

Case No. 25-CV-4551

Designated Magistrate Judge
Maria Valdez

**TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE**
**FOR A REASSIGNMENT**

I request the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my request are indicated on the bottom of this form.

*[signed] Charles P. Kocoras*

**Judge Charles P. Kocoras**

Date: Wednesday, May 7, 2025

---

- 28:294(b) I transfer this case to the Executive Committee for reassignment to another judge pursuant to the provisions of 28 USC 294(b). The receiving judge will receive equalization credit.

Dated: Wednesday, May 7, 2025

District Reassignment - By Lot

...................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot