

# United States District Court
# Northern District of Illinois

In the Matter of

GW, et al.

          v.

Regina A Scannicchio, et al.

District Judge Sara L. Ellis

Case No. 25-CV-4551

Designated Magistrate Judge
Maria Valdez

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
## FOR A REASSIGNMENT

The above captioned case is currently pending on my calendar. I request the Executive Committee that this case be reassigned to the calendar of Judge Sara L. Ellis. The reason for my request are indicated on the bottom of this form.

*Edmond E. Chang*

**Judge Edmond E. Chang**

Date: Wednesday, September 17, 2025

---

### Reason(s) For Recommendation:

- IOP 13(f)(1) This case should be reassigned as a replacement in which a recusal was permitted case no. 25 C 8098

Dated: Wednesday, September 17, 2025

District Reassignment - Named Judge

..................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: