UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Minor Child GW, Minor Child GR, and Kenton Girard </br></br> Plaintiffs, </br></br> v. </br></br> Judge Regina A. Scannicchio, Rossana P. Fernandez, William Yu, Robert W. Johnson, Judge Eileen M. O'Connor, Philip A. Kirlay, Bradley S. Levison, Jane F. Girard, Matthew D. Elster, Enrico J. Mirabelli, and Beermann LLP, </br></br> Defendants. | Case No.: 25-cv-04551 </br> Hon. Sara L. Ellis |

## NOTIFICATION OF AFFILIATES PURSUANT TO LOCAL RULE 3.2

Defendant BEERMANN LLP identifies the following individuals who qualify as "Affiliates" of Beermann LLP, as defined by Local Rule 3.2(a):

1. Beth McCormack
2. Enrico J. Mirabelli
3. Howard A. London
4. James M. Quigley
5. Joseph R. Napoli
6. John M. D'Arco
7. Jordan D. Rosenberg
8. Kathryn Homburger Mickelson
9. Morgan L. Stogsdill
10. Thomas T. Field

    Respectfully submitted,
    **Beermann LLP**

    By: /s/ Kimberly E. Blair
    Kimberly E. Blair
    (Kimberly.blair@wilsonelser.com)
    Robert F. Merlo (Robert.merlo@wilsonelser.com)
    Wilson Elser LLP
    161 N. Clark St, Suite 4500, Chicago, IL 60603
    (312) 821-6139
    kimberly.blair@wilsonelser.com
    Robert.merlo@wilsonelser.com
    *Its Attorneys*

328780173v.2

## CERTIFICATE OF SERVICE

I certify that on this 27th Day of January, 2026, service of a true and accurate copy of the above and foregoing was made upon the parties and attorneys of record, including those listed above, and those entitled to receive notice via the Court's ECF system.

Respectfully submitted,

By: /s/ Kimberly E. Blair

Kimberly E. Blair
Robert F. Merlo
Wilson Elser Moskowitz
Edelman & Dicker, LLP
161 N. Clark St., Suite 4500
Chicago, IL 60601
(312) 821-6139
kimberly.blair@wilsonelser.com
Robert.merlo@wilsonelser.com
*One of the Attorneys for the Beermann Defendants*