**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

GW, et al.

                                        Plaintiff,

v.                                                            Case No.: 1:25–cv–04551
                                                            Honorable Sara L. Ellis

Regina A Scannicchio, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 22, 2026:

        MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendants'
motions to dismiss [52], [53], [54], [55] in part. The Court dismisses Plaintiffs' first
amended complaint without prejudice to raising any claims not barred by judicial
immunity in state court. Case terminated. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.